GEORGE K. JAWLAKIAN (SBN 296692)
JAWLAKIAN LAW GROUP APC
16130 VENTURA BOULEVARD, SUITE 500
ENCINO, CA 91436
TELEPHONE:  213-805-6500
FACSIMLE:  844-633-2467
Attorney for Plaintiffs
CA SMOKE & VAPE ASSOCIATION, INC., d/b/a CARR
ACE SMOKE SHOP

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CA SMOKE & VAPE ASSOCIATION, INC., D/B/A CARR, and ACE SMOKE SHOP,<br><br>           Plaintiffs,<br><br>   v.<br><br>COUNTY OF LOS ANGELES, and HILDA L. SOLIS, MARK RIDLEY-THOMAS, SHEILA KUEHL, JANICE HAHN, and KATHRYN BARGER, EACH IN HIS OR HER OFFICIAL CAPACITY AS A MEMBER OF THE BOARD OF SUPERVISORS,<br><br>           Defendants. | Case No. 2:20-cv-4065<br><br>**PLAINTIFFS' MOTION FOR LEAVE TO FILE A MOTION IN EXCESS OF 25 PAGES** |

## MOTION FOR LEAVE TO EXCEED PAGE LIMIT

Plaintiffs, CA SMOKE & VAPE ASSOCIATION, INC., d/b/a CARR and one of its members, ACE SMOKE SHOP (collectively, "Plaintiffs"), by and through their undersigned counsel, hereby respectfully move the Court for leave to permit them to file a memorandum of law that exceeds the twenty-five page limit by four pages. The length of the proposed filling will not exceed twenty-eight (28) pages, excluding caption and signatures. In support of this motion, Plaintiffs state as follows:

1.      Central District Local Rule 11-6 expressly limits memorandum of points and authorities to 25 pages in length, unless permitted to do so by order of this Court.

2.      Plaintiff's memorandum of law in support of Plaintiffs' Motion for Preliminary Injunction, filed on May 4, 2020, have exceeded the amount of pages allowed by the Local Rules of this Court by 2 pages.

3.       Plaintiffs make this Motion for additional pages in order to fully present all of the relevant facts and legal arguments relating to the necessity for the Court to consider Plaintiffs' Motion for Preliminary Injunction.

4.      Plaintiffs have presented only the most relevant and compelling arguments, while not including frivolous arguments. It will benefit this Court in its

decision making authority to be fully apprised of complete and thorough arguments in this matter so that justice may be served.

5. The Motion for Preliminary Injunction is based on three separate complex Constitutional issues necessitating distinct arguments, and the decision made by the Court will direct a large portion of the litigation strategy and trial preparation moving forward.

6. Plaintiffs have attempted diligently to stay within the page limit but the complexity of the Constitutional issues, and the importance of the legal arguments presented in the memorandum of law, necessitates an explanation in excess of the allotted page limit by 2 additional pages.

7. Likewise, should the Defendants seek additional pages in any response, Plaintiffs will not object to their request for an over-length response.

WHEREFORE, Plaintiffs respectfully request the entry of an order granting this motion for leave to file a memorandum in excess of the page limit.


DATED: May 4, 2020          JAWLAKIAN LAW GROUP, A.P.C.


By: /s/ George K. Jawlakian
George K. Jawlakian
Attorneys for Plaintiffs CA SMOKE
AND VAPE ASSOCIATION, and
ACE SMOKE SHOP

PLAINTIFFS' MOTION FOR LEAVE TO FILE A MOTION IN EXCESS OF 25 PAGES

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, an attorney of record for the Plaintiffs, hereby certifies that on May 4, 2020 he served a copy of the foregoing **PLAINTIFFS' MOTION REQUESTING LEAVE TO FILE A MOTION IN EXCESS OF 25 PAGES** on Office of the County Counsel, as Defendants have not yet appeared in the case, listed below by electronic means pursuant to Electronic Case Filing (ECF).

Mary C. Wickham
County Counsel
648 Kenneth Han Hall of Administration
500 West Temple Street
Los Angeles, California 90012-2713

By: /s/ George K. Jawlakian
George K. Jawlakian
Attorneys for Plaintiffs