JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CA SMOKE & VAPE ASSOCIATION, INC., D/B/A CARR, and ACE SMOKE SHOP,<br>    Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES, et al.,<br>    Defendants. | CV 20-4065 DSF (KSx)<br><br>JUDGMENT |

The Court having granted the motion to dismiss,

IT IS ORDERED AND ADJUDGED that Plaintiffs take nothing, that the action be dismissed with prejudice, and that Defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: August 7, 2020

Dale S. Fischer
United States District Judge